# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 30, 2010

Marilyn Kelly,
Chief Justice

140487

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

_____

In re MKK, Minor.

_____

MATTHEW ROBERT LINDEN and JENNIFER
LYNN LINDEN,
      Petitioners-Appellees,

v

      SC: 140487
      COA: 292065
      Washtenaw CC Family Division:
      08-000040-AD

NICHOLAS VICTOR MATTSON,
      Respondent-Appellee,

and

CASEY JO KEILMAN,
      Appellant.

_____/

      On order of the Court, the application for leave to appeal the December 22, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 30, 2010

Clerk

s0427